

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| JUAN DAVID ORTIZ, | § | No. 08-23-00025-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 406th Judicial District Court |
| THE STATE OF TEXAS, | § | of Webb County, Texas |
| Appellee. | § | (TC#2018CRA001475D4) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.